**E-Filed 7/29/2010**

1  IRA P. ROTHKEN, SBN 160029
   ROTHKEN LAW FIRM
2  3 Hamilton Landing, Ste 280
   Novato, CA  94949
3  Telephone: (415) 924-4250
4  Facsimile:  (415) 924-2905
   Email: ira@techfirm.com
5

6  Attorneys for Interested Party and
7  Plaintiff in Related Case,
   STEVE TIETZE
8

9  WILLIAM ALTER KERSHAW           PENELOPE ATHENE PREOVOLOS
   KERSHAW CUTTER & RATINOFF LLP   MORRISON & FOERSTER LLP
10 401 Watt Avenue                 425 Market Street
   Sacramento, CA 95864            San Francisco, CA 94105
11 Tel: 916-448-9800               Tel: 415-268-7187
12 Fax: 916-669-4499               Fax: 415-268-7522
   Email: wkershaw@kcrlegal.com    Email: ppreovolos@mofo.com
13

14 Attorneys for Plaintiffs         Attorneys for Defendant
15 MICHAEL JAMES GOODLICK, et al.   APPLE, INC.

16 [Additional Joining Plaintiffs' Counsel on
   Signature Pages]
17

18

19                UNITED STATES DISTRICT COURT

20               NORTHERN DISTRICT OF CALIFORNIA
                        San Jose Division
21

22 MICHAEL JAMES GOODLICK, et      Case No:  5:10-cv-02862-RMW
   al.
23                                 JOINT STIPULATION EXTENDING
             Plaintiffs,           TIME TO RESPOND TO COMPLAINTS
24 v.                              [proposed] ORDER
   APPLE, INC. and AT&T CORP.
25              Defendants.

26

27

28

JOINT STIPULATION EXTENDING TIME TO        - 1 -
RESPOND TO COMPLAINTS

| | |
|---|---|
| ALAN BENVENISTY,<br>                    Plaintiff,<br>v.<br>APPLE, INC.,<br>                    Defendant. | Case No:  5:10-cv-02885-JW |
| CHRISTOPHER DYDYK,<br>                    Plaintiff,<br>v.<br>APPLE, INC. and AT&T, INC.,<br>                    Defendants. | Case No:  5:10-cv-02897-JW |
| JEFFREY ROGERS,<br>                    Plaintiff,<br>v.<br>APPLE, INC.,<br>                    Defendant. | Case No:  5:10-cv-02916-JF |
| STEVE TIETZE,<br>                    Plaintiff,<br>vs.<br>APPLE, INC.,<br>                    Defendant. | Case No:  5:10-cv-02929-JF |
| CHARLES PASANO,<br>                    Plaintiffs,<br>v.<br>APPLE, INC. and AT&T<br>                    Defendants. | Case No:  5:10-cv-03010-PVT |
| A. TODD MAYO<br>                    Plaintiffs,<br>v.<br>APPLE, INC.<br>                    Defendants. | Case No:  5:10-cv-03017-PVT |
| GREG AGUILERA, II<br>                    Plaintiff,<br>v.<br>APPLE, INC. and AT&T CORP.<br>                    Defendants. | Case No:  3:10-cv-03056-SI |

        WHEREAS, Plaintiffs in the eight above-captioned cases located in the

Northern District of California are in the process of relating the proposed

1   nationwide class actions brought on behalf of all "iPhone 4" users alleging, among

2   other things, design defects and loss of service, and to relate those cases in the

3   Northern District of California under Civil L.R. 3-12 before the Hon. Ronald M.

4   Whyte;

5         WHEREAS, an extension is necessary to give time for the pending motion

6   to relate the cases before Judge Whyte to be decided;[1]

7         WHEREAS, Defendant Apple Inc. ("Apple") has been served at various

8   times in the various actions with various due dates for responsive pleadings;

9         WHEREAS, Plaintiffs and Apple have agreed that the deadline for any and

10  all responsive pleadings currently due should have one due date and thus be

11  extended up through and including Monday, August 30, 2010;

12        NOW THEREFORE, Plaintiffs and Apple, through their counsel of record,

13  stipulate to the following:

14        IT IS HEREBY STIPULATED that, Defendants' responsive pleadings to

15  the complaints (or amended complaints, as applicable) in the above-captioned

16  cases shall be extended up through and including Monday, August 30, 2010.

17  IT IS SO STIPULATED:

18

19

20

21

22

23

24

25

26  [1] Multiple MDL motions have been filed and are pending, some of which request that all

27  nationwide cases be transferred to the Northern District of California.

28

1    *DATED:  July 22, 2010*          KERSHAW CUTTER & RATINOFF LLP

2                                     By:_____/s/_____
                                      William Alter Kershaw
3                                     Attorneys for Plaintiffs
4                                     MICHAEL JAMES GOODLICK, TREVOR
                                      ANTUNEZ, JACLYN BADOLATO, BRYAN
5                                     COLVER, VINNY CURBELO, JOSHUA
6                                     GILSON, JESSICA LARES, BRANDON
                                      ELLISON REININGER, JAYWILL SANDS,
7                                     NICOLE STANKOVITZ and KAREN YOUNG
8
9                                     KERSHAW CUTTER & RATINOFF LLP
                                      401 Watt Avenue
10                                    Sacramento, CA 95864
                                      Tel: 916-448-9800
11                                    Fax: 916-669-4499
12                                    Email: wkershaw@kcrlegal.com
13
     *DATED:  July 22, 2010*          GARDY & NOTIS, LLP
14
15                                    By:_____/s/_____
                                      Jennifer Sarnelli
16                                    Attorneys for Plaintiff
17                                    ALAN BENVENISTY
18                                    GARDY & NOTIS, LLP
19                                    560 Sylvan Avenue
                                      Englewood Cliffs, NJ 07632
20                                    201.567.7377 phone
21                                    201.567.7337 fax
                                      jsarnelli@gardylaw.com
22
23
24
25
26
27
28
     JOINT STIPULATION EXTENDING TIME TO        - 4 -
     RESPOND TO COMPLAINTS

DATED:  July 22, 2010          MASON LLP

By: _____/s/_____
Gary E. Mason
Attorney for Plaintiff
CHRISTOPHER DYDYK

MASON LLP
1625 Massachusetts Avenue, N.W., Suite 605
Washington, DC 20036
Tel: 202-429-2290
Fax: 202-429-2294
Email: gmason@masonlawdc.com

DATED:  July 22, 2010          SHUBLAW LLC

By: _____/s/_____
Jonathan Shub
Attorney for Plaintiff
JEFFREY RODGERS

SHUBLAW LLC
1818 Market Street, 13th Floor
Philadelphia, PA 19106
Tel: 610-453-6551
Fax: 215-569-1606
Email: jshub@shublaw.com

DATED:  July 22, 2010          ROTHKEN LAW FIRM

By: _____/s/_____
IRA P. ROTHKEN
Attorneys for Plaintiff
STEVE TIETZE

ROTHKEN LAW FIRM
3 Hamilton Landing, Ste 280
Novato, CA  94949
Telephone: (415) 924-4250
Facsimile:  (415) 924-2905
ira@techfirm.com

*DATED: July 22, 2010*     FARUQI & FARUQI LLP

By:_____/s/_____
Vahn Alexander
Attorneys for Plaintiff
CHARLES PASANO

FARUQI & FARUQI LLP
1901 Avenue of the Stars
Second Floor
Los Angeles, CA 90067
Tel: (310) 461-1426
Fax: (310) 461-1427
Email: valexander@faruqilaw.com

*DATED: July 22, 2010*     SHEPHERD, FINKELMAN, MILLER & SHAH, LLP

By:_____/s/_____
Rosemary Farrales Luzon
Attorneys for Plaintiff
A. TODD MAYO

SHEPHERD, FINKELMAN, MILLER & SHAH, LLP
401 West A Street, Suite 2350
San Diego, CA 92101
Tel: (619) 235-2416
Fax: (619) 234-7334
Email: rluzon@sfmslaw.com

*DATED:  July 22, 2010*          WEXLER WALLACE LLP

                                 By:_____/s/_____
                                 Mark John Tamblyn
                                 Ian James Barlow
                                 Neha Duggal
                                 Attorneys for Plaintiff
                                 GREG AGUILERA, II

                                 WEXLER WALLACE LLP
                                 455 Capitol Mall, Suite 231
                                 Sacramento, CA 95814
                                 Tel: (916) 492-1100
                                 Fax: (916) 492-1124
                                 Email: mjt@wexlerwallace.com
                                 Email: ijb@wexlerwallace.com
                                 Email: tl@wexlerwallace.com

*DATED:  July 22, 2010*          MORRISON & FOERSTER LLP

                                 By:_____/s/_____
                                 Penelope Athene Preovolos
                                 Attorneys for Defendant
                                 APPLE, INC.

                                 MORRISON & FOERSTER LLP
                                 425 Market Street
                                 San Francisco, CA 94105
                                 Tel: 415-268-7187
                                 Fax: 415-268-7522
                                 Email: ppreovolos@mofo.com

I hereby attest that I have on file all holograph signatures for any signatures
indicated by a "conformed" signature (/S/) within this efiled document.

Dated: July 23, 2010

                                 _____
                                 Ira P. Rothken

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   DATED: _____7/29/2010_____   _____

4                                     DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION EXTENDING TIME TO       - 8 -
RESPOND TO COMPLAINTS